JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>            Plaintiff,<br><br>      v.<br><br>**ALFREDO GARCIA RAMIREZ, et al.,**<br><br>            Defendants. | Case No. CV 22-07804 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendants Alfredo Garcia Ramirez, individually and d/b/a El Bar De Siempre, and El Bar De Siempre Inc., an unknown business entity d/b/a El Bar De Siempre, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendants Alfredo Garcia Ramirez, individually and d/b/a El Bar De Siempre, and El Bar De Siempre Inc., an unknown business entity d/b/a El Bar De Siempre, as follows:

(a)    defendants Alfredo Garcia Ramirez, individually and d/b/a El Bar De

1  Siempre, and El Bar De Siempre Inc., an unknown business entity d/b/a El Bar De
2  Siempre, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $7,000.00 in
3  total damages plus attorneys' fees in the amount of $900.00 plus costs.

5      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
6  mail or by telefax or by email, copies of this Judgment on counsel for the
7  defendants, or the pro se defendants in this matter.

10  Dated: July 27, 2023

                                                                                                          _____
William Keller
United States District Judge